UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SASHA KRAVER,

      Plaintiff,

vs.                                                CASE NO. 9:21-cv-81774-AMC

RAPALLO SOUTH, INC.,

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The Parties have reached a settlement without formal Mediation. Settlement documents are being prepared. It is anticipated that the Parties will file a *Joint Motion for Dismissal* and proposed *Order* within the next 30 days, if not sooner.

| *Counsel for Plaintiff* | *Counsel for Plaintiff* | *Counsel for Defendants* |
|---|---|---|
| MARCY I. LAHART, P.A. | VENZA LAW, PLLC | VERNIS & BOWLING OF PALM BEACH |
| /s/ Marcy LaHart | /s/ Denese Venza | /s/ Karen Nissen |
| Marcy I. LaHart, Esq. | Denese Venza, Esq. | Karen Nissen, Esq. |
| 207 SE Tuscawilla Road | 931 Village Blvd, #905-322 | 884 U.S. Highway One |
| Micanopy, FL 32667 | West Palm Beach, FL 33409 | N. Palm Beach, FL 33408 |
| (352) 545-7001 | (561) 596-6329 | (954) 712-7442 |
| marcy@floridaanimallawyer.com | dvenza@venzalawpllc.com | knissen@florida-law.com |
| Florida Bar No. 0967009 | Florida Bar No. 0599220 | Florida Bar No. 883761 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th of December 2021, a true copy of the foregoingwas filed with CM/ECF portal which will transmit copies to all counsel of record.

BY: /s/ *Marcy I. LaHart*
Fla. Bar No. 0967009