UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81774-CIV-CANNON

SASHA KRAVER,

    Plaintiff,

v.

RAPALLO SOUTH INC.,

    Defendant.
_____/

### ORDER ON REQUEST TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT

**THIS CAUSE** comes before the Court on the parties' Joint Motion for Dismissal with Prejudice [ECF No. 19], filed on January 26, 2022. The parties ask this Court to retain jurisdiction to enforce the terms of their settlement, but they do not provide a copy of their settlement agreement. The Court will not retain jurisdiction over a settlement agreement it has not seen or approved. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties shall re-file their Stipulation of Dismissal on or before **February 24, 2022**. In doing so, the parties either shall provide a copy of their settlement agreement or remove their request that the Court retain jurisdiction to enforce the settlement.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of February 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record